## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Stephen C. Hudson, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>University of Puerto Rico, an agency and )<br>instrumentality of the Common Wealth of )<br>Puerto Rico, )<br>)<br>Defendant. ) | Civil Action No. 09-CV-2553 RHK/JJM |

### NOTICE OF DEFENDANT'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCUDURE 12(b)(2)

PLEASE TAKE NOTICE that Defendant, University of Puerto Rico, has filed pursuant to the Federal Rules of Civil Procedure, Rule 12(b)(2) a Motion to Dismiss for lack of personal jurisdiction over the defendant, along with a Memorandum and Affidavit in Support of its Motion. The hearing on the motion will be on March 11, 2010 at 8:00 a.m. in the courtroom of the Honorable Richard H. Kyle, Senior U.S. District Judge, courtroom number 7A at 316 North Robert Street, 100 Federal Building, Saint Paul, Minnesota 55101.

Respectfully submitted,

Foster & Brever, PLLC

Dated: January 4, 2010

/ s / Thomas E. Brever
Thomas E. Brever,
Foster & Brever, PLLC
2812 Anthony Lane South, Suite 200
St. Anthony, MN 55418
(612) 436-3291; FAX (612) 788-9879
Attorney I.D. #11356
Attorney for Defendant